

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JOHN A. TAYLOR,
    Petitioner

vs.

Petition for Review
Case No. **16-1302**

FEDERAL AVIATION
ADMINISTRATION,

    Serve:
    Michael P. Huerta, Administrator
    Federal Aviation Administration
    800 Independence Avenue, SW
    Washington, DC 20591

    Respondent.

## PETITION FOR REVIEW

Petitioner, John A. Taylor, *pro se*, hereby petitions the court for review of an order issued by the Federal Aviation Administration ("FAA") (Operation and Certification of Small Unmanned Aircraft Systems; Final Rule (Docket No.: FAA–2015–0150), 81 Fed. Reg. 42063 (Vol. 81, No. 124, June 28, 2016)).

1

Respectfully Submitted,

*[signature]*

John A. Taylor, *pro se*
4115 Ferrara Drive
Silver Spring, Maryland 20906
(301) 942-3040
jat@wolfenstock.com

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a copy of this filing was mailed by First Class Mail, Postage Prepaid, on the 28th day of August, 2016, to the following:

Michael P. Huerta, Administrator
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591

Attorney General of the United States
Main Justice Building
10th and Constitution Avenue, NW
Washington, DC 20530

U.S. Attorney for the District of Columbia
555 4th St., NW
Washington, DC 20530

*[signature]*

John A. Taylor

2